O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DALE E. STRINGER, et al.,<br><br>　　　　Defendants. | Case No. EDCV-15-02565-DMG (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint without prejudice, for failure to exhaust administrative remedies.

DATED: July 31, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE