JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br>Plaintiff,<br>v.<br>DALE E. STRINGER, et al.,<br>Defendants. | Case No. EDCV-15-02565-DMG (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: July 31, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE